■ The People of the State of New York, Respondent, v Christopher Holston, Appellant. [722 NYS2d 453] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Erie County Court, Pietruszka, J.—Attempted Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Burns and Lawton, JJ.

■ The People of the State of New York, Respondent, v Matthew A. Rimmen, Appellant. [722 NYS2d 451] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). (Appeal from Judgment of Niagara County Court, Broderick, J.—Attempted Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Burns and Lawton, JJ.

■ The People of the State of New York, Respondent, v John Woods, Appellant. [721 NYS2d 851] —Judgment unanimously affirmed. Memorandum: By failing to move either to withdraw his plea of guilty to a violation of probation or to vacate the judgment of conviction, defendant failed to preserve for our review his present contention that the plea was not voluntary (*see, People v Millard,* 279 AD2d 807; *People v Bryant,* 262 AD2d 791). In any event, the record supports the conclusion that the plea was voluntary (*see, People v Millard, supra; cf., People v Bryant, supra*). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Dattilo, Jr., J.—Violation of Probation.) Present—Pigott, Jr., P. J., Hayes, Scudder, Burns and Lawton, JJ.